FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2021

No. 04-21-00330-CR

Jack Andrew **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10392
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The court reporter has filed a notification of late record, stating the record was not timely filed because she has only recently received payment of her fees from appellant. We grant the reporter an extension of time to file the record, and we order court reporter Mary Beth Sasala to file the record by **November 17, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court